IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THE STATE OF DELAWARE, UPON THE RELATION OF THE SECRETARY OF THE DEPARTMENT OF TRANSPORATION, | § § § § § § | No. 30, 2023 |
| Plaintiff Below, Appellant, Cross-Appellee | § § § | Court Below – the Superior Court of the State of Delaware |
| v. | § § | C.A. S21C-03-017 |
| MELPAR, LLC, et al., | § § § § | |
| Defendant Below, Appellee, Cross-Appellant. | § § | |

Submitted: September 13, 2023
Decided: September 25, 2023

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

# **O R D E R**

This 25th day of September 2023, having carefully considered this matter on the briefs of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Opinion and Order on the State of Delaware's Motion for a New Trial, or, in the Alternative, to Amend the Verdict dated October 27, 2022, its Order Confirming Condemnation Award dated October 28, 2022, its Memorandum Opinion and Order dated December 28, 2022, and its Order dated January 24, 2023;

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice